NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATRICK PHILLIP ARENA, JR.,**
*Petitioner*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent*

---

2014-3153

---

Petition for review of the Merit Systems Protection Board in No. AT-0752-13-0165-I-1.

---

## JUDGMENT

---

MATTHEW R. KACHERGUS, Sheppard, White, Kachergus & DeMaggio, P.A., Jacksonville, FL, argued for petitioner. Also represented by WILLIAM J. SHEPPARD.

MARK E. PORADA, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., ALLISON KIDD-MILLER; MORGAN E. REHRIG, Law Department, United States Postal Service, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


September 21, 2015                    /s/ Daniel E. O'Toole
          Date                            Daniel E. O'Toole
                                          Clerk of Court